# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION
# CASE NUMBER:

| | |
|---|---|
| Alan Devlon Carter d/b/a ACAJ Trucking LLC,, | 0:25-cv-12821-SAL |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Protective Insurance Company, | |
| Defendant. | |

**TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ROCK HILL DIVISION:**

The Defendant, Protective Insurance Company, would respectfully show in support of its notice of removal that:

1.    This action was commenced on or about September 18, 2025, in a Court of Common Pleas for York County, South Carolina.  A copy of the Plaintiff's Summons and Complaint are attached, there being no other, pleadings or orders served upon the Defendant in this action.

2.    This action is one of a civil nature over which the District Courts of the United States have original jurisdiction, said action having been brought by the Plaintiff against the Defendant bad faith and breach of contract**.**

3.    The amount in controversy exceeds Seventy five Thousand and No/100 ($75,000.00) Dollars, exclusive of interest and costs, all of which will more fully appear from the attached Complaint; there is complete diversity of citizenship and, therefore, this Court has jurisdiction in accordance with Title 28 U.S.C. §1332(a)(1).

4.     Venue in this matter is proper in the Rock Hill Division in this Court in accordance with Title 28 U.S.C. §1441(a).

5.     Upon information and belief, at the time of the commencement of this action, the Plaintiff was a citizen and resident of the State of South Carolina, the Defendant was a citizen and resident of the State of Indiana, by reason of which there is a diversity of citizenship between the Plaintiff and the Defendant.

6.     The Defendant, Protective Insurance Company, has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina; however, the Defendant's Answer is filed contemporaneously herewith.

7.     The Defendant has furnished to the Clerk of Court for York County a copy of this Notice of Removal.

MURPHY & GRANTLAND, P.A.

*s/J.R. Murphy*
J. R. Murphy, Esquire
Federal ID:  3119
P.O. Box 6648
Columbia, SC 29260
T: 803-782-4100
jrmurphy@murphygrantland.com
Attorney for Defendant, Protective Insurance Co.

Columbia, South Carolina
October 6, 2025